ORIGINAL

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/21

BURBERRY LIMITED;
HERMÈS INTERNATIONAL; and
LOUIS VUITTON MALLETIER,

                        Plaintiffs,

            -against-

VARIOUS JOHN DOES, JANE DOES, and
XYZ COMPANIES,

                        Defendants.

CIVIL ACTION NO.

20 CV 10286 (LLS)

## [PROPOSED] ORDER

This action having been commenced by Burberry Limited, Hermès International, and
Louis Vuitton Malletier (collectively "Plaintiffs") on December 7, 2020 against Defendants
Various John Does, Jane Does, and XYZ Companies, at Corners of Broadway, Canal, Lispenard
& Church Streets, New York, New York 10013; Vehicles on Lispenard & Canal Streets, New
York, New York 10013: Blue Dodge Caravan, Illinois License Plate No. DZ 100; Grey Honda
Minivan, New York License Plate No. HPK 1248; Maroon Toyota Minivan, New York License
Plate No. JET 1418; Green Toyota Minivan, New York License Plate No. JCU 6884; and White
Ford Van, Temporary (Paper) Texas License "Plate"; Corners of 6th Avenue and 49th to 51st
Street, New York, New York 10020; and Corners of 5th Avenue and 44th to 46th Streets, New
York, New York 10017 (collectively, "Defendants"), alleging trademark counterfeiting and
infringement of Plaintiffs' Federally Registered Trademarks (defined below) and charging
Defendants with, *inter alia*, trademark counterfeiting, infringement, dilution and false advertising,
and copies of the Summons, Complaint, Preliminary Injunction & Seizure Order (dated December
21, 2020), and Declaration of Counsel having been served upon defendants during civil seizures

- 1 -

at the following locations on December 21, 2020: northwest and southwest corners of Canal & Broadway; and the Maroon Toyota Minivan, New York License Plate No. JET 1418, and the Green Toyota Minivan, New York License Plate No. JCU 6884;

It appearing to the Court that it has jurisdiction over the subject matter of this action, over Plaintiffs and over Defendants; and

The Court having considered the Complaint and the exhibit thereto, Plaintiffs' Order To Show Cause and accompanying papers and the Defendants failing to appear at the hearing on January 4, 2021 after receiving notice of the same on December 23, 2020.

NOW THEREFORE, it is hereby ORDERED as follows that:

1.  The seizures outlined in the opening paragraph are hereby confirmed, and the counterfeit goods seized pursuant to the Court's December 21, 2020 Preliminary Injunction & Seizure Order may be destroyed after the appropriate 10 days' notice is given to the United States Attorney for the Southern District of New York, as provided for in 15 U.S.C. § 1118.

2.  Service of this Order by first-class mail to the Defendants at their home or business addresses shall constitute sufficient service of this Order.  Service shall be deemed complete on the mailing of this Order as permitted above.

3.  The Clerk's Office shall unseal all papers under seal in this action.

Dated: January 4, 2021   3:37 P.M.           SO ORDERED:

_Louis L. Stanton_
LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE

- 2 -