UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURBERRY LIMITED;
HERMÈS INTERNATIONAL; and
LOUIS VUITTON MALLETIER,

          Plaintiffs,

-against-

VARIOUS JOHN DOES, JANE DOES,
and XYZ COMPANIES,

          Defendants.

CIVIL ACTION NO.

20 CV _____

## ORDER SEALING THE FILE

This action is before the Court to be filed under seal by Burberry Limited; Hermès International; and Louis Vuitton Malletier.

It appearing to the Court that it has jurisdiction over the subject matter of this action, over the Plaintiffs and over the defendants; and

The Court having considered the Complaint, the exhibit thereto, and accompanying papers.

NOW, THEREFORE, it is hereby ORDERED as follows that:

Pursuant to 15 U.S.C. §1116(d)(8), pending the hearing of Plaintiffs' motion for preliminary injunction and subject to modification by the judge to whom the case is assigned, the Clerk of this Court is to keep and maintain under seal all papers filed herein, and that public scrutiny of such papers shall not be permitted, subject to defendants' rights to access such papers upon presenting the Clerk of this Court with proper identification.

Dated: December 4, 2020
      New York, New York

                                                _____
                                                   Victor Marrero
                                                    U.S.D.J.

                                                                PART I